IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Terrence Richardson | § | WDQ-14-1707 |
| Emiliano Aguas | § | CRIMINAL NO: WDQ-09-288 |
| Angel Johnson | § | ~~CIVIL NO: WDQ-13-3002~~ |
| Carlene Webster | § | |
| Quincy Williams | § | |
| Christopher Harris | § | |
| Gary Knight | § | |
| Avon Banks | § | |
| Petitioners | § | |
| | § | |
| V. | § | |
| | § | |
| United States of America | § | |
| Respondent | § | |
| | § | |
| | § | |

## MOTION to Recover Seize property From House Raids, Pictures, Mail and Rap songs

Comes NOW Terrence Richardson, Emiliano Aguas, Angel Johnson, Carlene Webster, Quincy Williams, Christopher Harris, Gary Knight and Avon Banks, hereinafter Movant, and hereby submit this motion to Recover seize property from House Raids (Pictures, Mail, "Rap songs" Movant's avers that the instant motion is not meant to mislead this court or cause any unnecessary delay, this motion is being filed in good faith for following reasons, facts and laws Movant's motion should be Granted.

### I. Facts

On July 8, 2008 the Grand Jury sitting in the United States District Court for the District of Maryland Issued a two-count criminal indictment against Movants.

A five day jury trial was held from March 15-19, 2010 Movant Terrence Richardson was convicted on both counts in the indictment. Richardson was sentenced on June 22, 2010 to a term of life for both counts. Emiliano Aguas, Angel Johnson, Carlene Webster, Quincy Williams, Christopher Harris, Gary Knight, and Avon Banks all took plea's and where sentenced at different time's.

Movant Terrence Richardson appellate counsel filed movants appeal brief to the Fourth Circuit Court of Appeals on March 17, 2011, on January 6, 2012 the court upheld this courts decision. Movant filed a petition for writ of certiorari on May 9, 2012. The U.S. Supreme Court denied movants certiorari on December 10, 2012 The supreme court denied movants petition for rehearing on March 4, 2013.

## II. Motion to Recover Seize Property From House Raids, Pictures, Mail and Rap Songs

(1) Movant's brings to the attention of this Honorable Court the fact that Movant Terrence Richardson has a 2255 motion pending and need seize property from house raids to use as exhibit for his 2255 motion. 1) Pictures where seize from 331 Lorraine Ave and from 2415 E. Federal street and use at Richardson trail to prove connection to P.D.L gang members and co-defendant.... But none of the pictures use that where seized where of PDL gang members or of co-defendant.... Just kids family and friends some wearing red cloths some not.... These pictures where used to mislead the jury as if they where of co-defendant and gang members of the P.D.L Gang when in fact they where not..... These picture had nothing to do with this case witch makes it 404 B evidence that shouldn't have been admissible at movant's trail and movant's counsel was ineffective for failing to object to the 404 B evidence.

(2) Movant's brings to the attention of this Honorable court the fact that Rap songs written by Terrence Richardson where seize from 331 E. Lorraine Ave. And 2415 E. Federal street and use at movant's trail as gang letter's when in fact they where not....

Again the Jury was mislead by the Goverment to beleave that this seize property had something to do with this case when in fact it doese not.... At Trail, trail counsel for Mr. Richardson told the Goverment the written paper where in fact Rap songs and not Gang Letters, then ask the Goverment did they notice that the word's Rhyme and at the top of each page it say (Song)? The Goverment's answer was yes we notice that... Then counsel for Mr. Richardson ask the Goverment could these written papers be Rap song's, and the Goverment answer was yes! they could be...

So my arguement here is whay are these Rap songs being presented to the Jury as Gang Letters..... Again this is more 404 o Evidence that should'ent been admissible at Trail.

② Movant Brings to the attention of this Honorable Court the fact that Mail was seize that had nothing to do with this trail ★ and should'ent been use at trail.

For the aforementioned reasons and facts, Petitioner's motion should be Granted....

All copies of Motion filed go to:

Terrence Richardson #43736037          Avon Banks #43670-037
U.S.P. Big Sandy                       U.S.P. Big Sandy

Emiliano Aguas #44247-037              Gary Knight #
Herlong FCI

Angel Johnson #44351-037
Hazelton USP

Carlene Webster #44239-037
Hazelton USP

Christopher Harris #44240-037
Fairton FCI

Quincy Williams #44242-037
Fort Dix FCI

CERTIFICATE OF SERVICE BY MAIL

I TERRENCE Richardson do Hereby certify that I mailed a true and correct copy of the foregoing motion to Recover seize property from House Raids, Pictures, mail and Rap songs to the person(s) described below.

Judge William D. Quarles
U.S. District Court, District of Maryland
101 W. Lombard St Baltimore MD. 21201

Signed under penalty of perjury pursuant to 28. U.S.C. § 1746 on this 20 day of May 2014

*Terrence Richardson*
Terrence Richardson
# 43736-037
U.S.P. Big Sandy
P.O. Box 2068
Inez Ky 41224

State of KY, County of Martin
Signed before me on this ____ day of May 2014 by Terrence Richardson
Notary Public *Angela Laney*

Angela Laney, Notary Public
State at Large, Kentucky
My Commission Expires Apr 29 2017