

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Michael C. Hanlon*   *Suite 400*   *DIRECT: 410-209-4895*
*Chief, Violent Crimes*   *36 S. Charles Street*   *MAIN: 410-209-4800*
*Michael.Hanlon@usdoj.gov*   *Baltimore, MD 21201-3119*   *FAX: 410-962-3124*

September 19, 2014

Honorable William D. Quarles
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Terrence Richardson v. United States</u>
            Civil No. WDQ-14-1707
            (Related to Civil. No. WDQ-14-0624 and Crim. No. WDQ-09-0288)

Dear Judge Quarles:

      I am writing to respond to the petitioner's motion to recover seized property. ECF 1 in the WDQ-14-1707 matter. For the reasons discussed below, the government asks that the Court hold the motion in abeyance pending the possible scheduling of a hearing and appointment of counsel in a related matter.

      The motion was docketed as a new civil matter, but relates closely to the two other case numbers referenced above, in which the petitioner has filed a motion to vacate his conviction pursuant to 28 U.S.C. § 2255. In the 2255 matter, the government has filed a response in which it acknowledges the possible need for an evidentiary hearing. In the event that the Court agrees, and if counsel is appointed, the government would confer with counsel about the petitioner's document requests, and those discussions would likely render the document requests moot. The government is reluctant to send discovery documents directly to the petitioner, who is a prisoner in the Federal Bureau of Prisons.

      I thank the Court for its consideration of this matter. If this proposal is agreeable, I have provided a line for the Court's signature below.

Respectfully Submitted,

Rod J. Rosenstein
United States Attorney


_____/s/_____
Michael C. Hanlon
Assistant United States Attorney

cc:     Petitioner pro se

APPROVED, the petitioner's motion for return of property is stayed and held in abeyance pending further proceedings in civil number WDQ-14-0624 and criminal number WDQ-09-0288.


_____
William D. Quarles
United States District Judge